# EXHIBIT A

# Civil Court of the City of New York
**County of Kings**

Index Number: **CV-000228-26/KI**

---

STACEY MCCANTS
       Plaintiff(s)

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.
       Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Defendant's Place of Business or Employment

Plaintiff's Residence Address (s) :
STACEY MCCANTS
1381 E 48TH STREET #2
Brooklyn, NY 11234

---

To the named defendant (s)

EXPERIAN INFORMATION SOLUTIONS, INC. (Defendant), at c/o CT CORPORATION SYSTEM - REGISTERED AGENT, 28 LIBERTY ST, New York, NY 10005

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Kings at the office of the Clerk of the said Court at **141 Livingston Street** in the **County of Kings, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk;   upon your failure to answer, judgment will be taken against you for the total sum of $50,000.00 and interest   as detailed below.
Plaintiff's   work sheet may be attached for additional information   if deemed necessary by the clerk.

Date:January 16, 2026

Tanya Faye, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:     **Other for $50,000.00 with interest from 01/05/2026**
OTHER=FAILURE TO MAINTAIN ACCURATE CREDIT REPORTING

### *NOTE TO THE DEFENDANT
*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*
*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*
*C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS
The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:
PRINT NAME:      STACEY MCCANTS

For Information, answer forms and to track court dates, go to *WWW.NYCOURTS.GOV/NYCCIVIL*