# EXHIBIT B

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

---------------------------------------------------------------------------------------------

STACEY MCCANTS,

        Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendant.

Index No. CV-000228-26/KI

---------------------------------------------------------------------------------------------

**NOTICE OF REMOVAL OF ACTION TO THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

TO:    Stacey McCants
        1381 E 48th Street #2
        Brooklyn, NY  11234

        Clerk, Civil Court of the City of New York, County of Kings
        Kings County Courthouse
        141 Livingston Street
        Brooklyn, NY 11201

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of

Removal of the above-captioned action to the United States District Court for the Eastern District

of New York.  A copy of the Notice of Removal filed with respect to this action is attached hereto

as Exhibit A.

Dated: February 13, 2026

        */s/ Brenna J. McGill*
        Brenna J. McGill
        Brenna.mcgill@troutman.com
        TROUTMAN PEPPER LOCKE LLP
        875 Third Avenue
        New York, NY 10022
        Telephone: 213.928.9852

        *Counsel for Defendant Experian
        Information Solutions, Inc.*

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------------------------------

STACEY MCCANTS,

        Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendants.

-----------------------------------------------------------------------------------------

**AFFIRMATION OF SERVICE**

Index No. CV-000228-26/KI


I, Brenna J. McGill an attorney admitted to practice in the courts of the State of New York, and not a party to this action, under penalty of perjury pursuant to Rule 2106 of the New York Civil Practice Law and Rules, affirm that on February 13, 2026, I served a true and correct copy of the foregoing upon the following parties, First Class Mail:

    Stacey McCants
    1381 E 48th Street #2
    Brooklyn, NY 11234
    *Pro se plaintiff*

Dated: February 13, 2026

    */s/ Brenna J. McGill*
    Brenna J. McGill
    Brenna.mcgill@troutman.com
    TROUTMAN PEPPER LOCKE LLP
    875 Third Avenue
    New York, NY 10022
    Telephone: 213.928.9852

    *Counsel for Defendant Experian*
    *Information Solutions, Inc.*

2